UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL PARTEN, individually; ILESSE CONDOMINIUM ASSOCIATION; G. LEE FINLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>V4L, aka Vapor4life; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3,<br><br>Defendants. | No. 2:20-cv-1275 RAJ<br><br>STIPULATION & ORDER FOR SEVERANCE AND TRANSFER<br><br>Note on Calendar for: 06/22/2021 |

## STIPULATION

The parties, by themselves, or through their counsel of record, stipulate as follows:

1.      The Plaintiffs stipulate to the entry of the order set forth below, severing Mr. Parten's claims from this action and transferring them to the United States District Court for the Northern District of Illinois, so that they may be submitted to arbitration there;

2.      The parties have entered into this stipulation in order to avoid the expense of litigating the pending motion. They agree that the fact that they have entered into this stipulation shall not affect their respective rights and positions with respect to choice of law

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

and the applicable statute of limitations governing Mr. Parten's claims, which rights and positions they each expressly reserve.

3.  The parties agree that they each reserve their respective positions regarding the enforceability of the Terms & Conditions, including but not limited to the issue of unconscionability that the plaintiffs have raised;

4.  Vapor4Life Holdings, Inc. ("Vapor4Life") waives any claim it may have against Mr. Parten for attorneys fees under the indemnification provisions of its Terms & Conditions, with respect to any claims alleged against it in this action and agrees that Mr. Parten and his counsel, if any, may appear remotely for any proceedings in the arbitration in Illinois; and

5.  The remaining claims, of Mr. Finley, shall remain in this action, in the United States District Court for the Western District of Washington.

IT IS SO STIPULATED this 22nd day of June, 2021.

_s/ Lee Finley_ (per electronic authorization)
Lee Finley, WSBA #50961
Finley & Associates, P. C.
1818 Waterford Lane
Richardson, TX 75082
972-836-9277
leefinley@finleypc.com


_s/ Randall Parten_ (per electronic authorization)
Randall Parten
8112 Birch Bay Drive, #25
Blaine, WA 98230
randy@dreamboatcompany.com
Plaintiff Pro Se



WILSON
SMITH
COCHRAN
DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

*s/ John M. Silk*
John M. Silk, WSBA No. 15035
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA  98164
silk@wscd.com
Attorneys for Defendant Vapor 4 Life Holdings, Inc.

## ORDER

Based on the stipulation of the parties, through their counsel, the Court, being fully advised, enters the following order:

1.      The motion filed by Vapor 4 Life Holdings, Inc. to sever and transfer (Dkt. #13) is granted.

2.      Mr. Parten's claims shall be transferred to the United States District Court for the Northern District of Illinois, and be submitted to arbitration there.

DATED this 25th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ John M. Silk*
John M. Silk, WSBA No. 15035
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA  98164
206-623-4100 T | 206-623-9273 F
silk@wscd.com
Attorneys for Defendant Vapor 4 Life Holdings, Inc.

STIPULATION AND ORDER RE MOTION TO
SEVER AND TRANSFER (Cause No. 2:20-cv-
1275 RAJ) – 3
JMS6865.001/3917524X

WILSON
SMITH
COCHRAN
DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington  98164
Telephone: (206) 623-4100
Fax: (206) 623-9273